**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CORY PICKETT,** | ) | **CASE NO. 1:26 CV 1535** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE DAVID A. RUIZ** |
| | ) | |
| **v.** | ) | |
| | ) | **JUDGMENT ENTRY** |
| **KELLEY BARNETT, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

For the reasons stated in this Court's Memorandum of Opinion, this action is dismissed. Further, the Court certifies pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

/s/ David A. Ruiz July 23, 2026
DAVID A. RUIZ
UNITED STATES DISTRICT JUDGE